# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARBARA CLAYBORN,** | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 10-1804 |
| | : | |
| **MICHAEL J. ASTRUE,** | : | |
| **Commissioner of Social Security** | : | |
| Defendant | : | |

## O R D E R

**AND NOW**, this   21st   day of December, 2010, upon consideration of the plaintiff's brief and statement of issues in support of her request for review (Document #7), the Commissioner's response thereto (Document #10), and the plaintiff's reply (Document #11), and after careful review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, there being no objections thereto, IT IS HEREBY ORDERED that:

(1)   The Report and Recommendation is APPROVED and ADOPTED.

(2)   The request for review is GRANTED in part and DENIED in part.

(3)   This matter is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Report and Recommendation.

The Clerk of Court is directed to mark this case CLOSED for statistical purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.